FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 10 AM 8:59

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )| |
| Plaintiff-Appellee,    ) | |
| )| |
| vs.                               ) | Case No. 4:14CR-415 |
| )| |
| ANTONIO FRANKLIN JOHNSON,         ) | |
| )| |
| Defendant-Appellant.   ) | |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ___9th___ day of August, 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA