UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| ANTONIO FRANKLIN JOHNSON, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | CV417-055 |
| | ) | CR414-415 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## **ORDER**

Antonio Franklin Johnson moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR414-415, doc. 91. The Court **DIRECTS** the Government to respond within thirty days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this  22nd  day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA